Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−16730−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Celeste K Hutchinson
914 River Place
Butler, NJ 07405

Social Security No.:
xxx−xx−4254

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 3, 2026.

Dated: September 3, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16730-MEH

Celeste K Hutchinson Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3

Date Rcvd: Sep 03, 2026 Form ID: plncf13 Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celeste K Hutchinson, 914 River Place, Butler, NJ 07405-1094 |
| 521246120 | | CHLT Enterprises, LLC, 914 River Pl., Butler, NJ 07405-1094 |
| 521246119 | + | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521333507 | + | Gordon & Rees Attn: Megan M. Adeyemo, 2200 Ross Avenue, Suite 3700, Dallas, TX 75201-2794 |
| 521333508 | + | Rainbow International SPV LLC, Gordon & Rees Attn: Megan M. Adeyemo, 2200 Ross Avenue, Suite 3700, Dallas, TX 75201-2794 |
| 521246126 | + | Rainbow International SPV, LLC, 1010 North University Parks Dr., Waco, TX 76707-3854 |
| 521246128 | + | Small Business Administration, Two Gateway Center, Suite 1501, Newark, NJ 07102-5003 |
| 521246136 | + | Wilkin Management Group, 99 Bauer Dr., Oakland, NJ 07436-3101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521246115 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 03 2026 21:56:08 | Aidvantage, Aidvantage ? Federal Student Aid Loan Se, Po Box 300001, Greenville, TX 75403-3001 |
| 521291310 | | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 21:56:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521323235 | + | Email/Text: bkfilings@zwickerpc.com | Sep 03 2026 21:48:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 521246116 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 21:56:09 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521246117 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 03 2026 21:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521246118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:23 | Cbna, Attn: Centralized Bankruptcy, Pob 790034, St Louis, MO 63179-0034 |
| 521246121 | | Email/Text: mrdiscen@discover.com | Sep 03 2026 21:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 521246122 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2026 21:47:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 521263062 | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| | | | | |
|---|---|---|---|---|
| 521246124 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 21:47:00 | Lightstream, Po Box 849, Wilson, NC 27894-0849 |
| 521246125 | | Email/Text: camanagement@mtb.com | Sep 03 2026 21:47:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521328860 | | Email/Text: camanagement@mtb.com | Sep 03 2026 21:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521246129 | | Email/Text: EBN@Mohela.com | Sep 03 2026 21:46:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521329727 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:55:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521246127 | + | Email/Text: bankruptcynotices@sba.gov | Sep 03 2026 21:46:00 | SBA, 409 3rd Street SW, Washington, DC 20416-0005 |
| 521246130 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 03 2026 21:46:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 521292310 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:56:12 | Sofi Consumer Loan Program 2025-4 Grantor Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521246131 | | Email/Text: bankruptcy@td.com | Sep 03 2026 21:48:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 521254395 | ^ | MEBN | Sep 03 2026 21:43:43 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521246132 | + | Email/Text: bankruptcy@td.com | Sep 03 2026 21:48:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 521246133 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 03 2026 21:47:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 521279908 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 21:47:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |
| 521246134 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 21:47:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 521291974 | + | Email/Text: Claims@cri.studentaid.gov | Sep 03 2026 21:47:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 521263030 | + | Email/Text: BKRMailOps@weltman.com | Sep 03 2026 21:48:00 | United Midwest Savings Bank, c/o Weltman, Weinberg, and Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 521246135 | + | Email/Text: bankruptcy@umwsb.com | Sep 03 2026 21:47:00 | United Midwest Savings Bank, N.A., 955 County Line Road W, Westerville, OH 43082-7237 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521341295 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| 521246123 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Scott D. Sherman | on behalf of Debtor Celeste K Hutchinson ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4